IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Bernique Abiakam  Date: May 21, 2013
Court Reporter:    Kara Spitler

Civil Action No. 13-cv-00267-RBJ

*Parties*:                                          *Counsel*:

DEVIN NESDORE, et al.,                              Michael J. Thomson

    Plaintiffs,

v.

ADAMS COUNTY SHERIFF'S OFFICE,                      Heidi M. Miller
et al,                                              Christine M. Francescani

    Defendants.

# COURTROOM MINUTES

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:     8:00 a.m.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

Discussion regarding trial setting.

**ORDERED:** The 4-day Jury Trial is set to begin on April 7, 2014, at 9:00 a.m.  The Trial Preparation Conference is set for March 20, 2014 at 8:00 a.m.

Discussion regarding the case and the proposed scheduling order.

**ORDERED:** Motion To Dismiss Negligence Claim (Filed 3/5/13; Doc. No. 13) is **GRANTED.**

*13-cv-00267-RBJ*
*Scheduling Conference*
*May 21, 2013*

**SCHEDULING ORDER APPROVED** and **SIGNED**.

HEARING CONCLUDED.
**Court in recess:**     **8:20 a.m.**
Total time in court:     00:20