IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No 13-cv-00267-RBJ

DEVIN NESDORE,
VON A. NESDORE, and
DEBRA NESDORE,

    Plaintiffs,

v.

ADAMS COUNTY SHERIFF'S OFFICE,
SARA HANSON, and
DOUGLAS N. DARR,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION BY PLAINTIFFS TO DISMISS, WITH PREJUDICE, ALL CLAIMS AGAINST INDIVIDUALS

THIS MATTER, comes before the Court upon the Unopposed Motion to Dismiss all claims against the Individual Defendants, with Prejudice, and the Court being fully advised of the matters set forth therein;

DOES HEREBY ORDER the dismissal of all claims against Defendants Sara Hanson and Douglas N. Darr, with prejudice, each party to pay her or his own costs and attorney fees.

DATED this 22nd day of October, 2013.

                                            BY THE COURT:

                                            _____
                                            R. Brooke Jackson
                                            United States District Judge