## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.    13-CV-00267-RBJ

**DEVIN NESDORE**,
**VON A. NESDORE**, and
**DEBRA NESDORE**,

Plaintiffs,

v.

**ADAMS COUNTY SHERIFF'S OFFICE**,
**SARA HANSON**, and
**DOUGLAS N. DARR**,

Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER, comes before the Court upon the Stipulated Dismissal with Prejudice, and the Court being fully advised of the matters set forth therein;

DOES HEREBY ORDER the dismissal of all claims against Adams County or its Sheriff's Office with prejudice, each Party to pay her or his own costs and attorney fees. By issuing this Order, this case is resolved in its entirety because a dismissal of all claims against the individual Defendants was previously filed.  As such, the Court hereby closes this case.

DATED this 30th day of October, 2013.


BY THE COURT:

-2-

_____
R. Brooke Jackson
United States District Judge